

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00251-CV

**IN RE HEB GROCERY COMPANY, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Luz Elena D. Chapa, Justice

On June 19, 2015, appellate counsel for real party in interest Patricia Rani Spaulding filed a second unopposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real party in interest is due in this court no later than July 13, 2015.

It is so **ORDERED** on June 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-08676, styled *Patricia Rani Spaulding v. HEB, Inc., HEB Grocery Company, LP; HEBCO GP, LLC and HEBCO Partners, Ltd.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.